## SHAEFFER v. MATZEN.

February 25, 1884.

3 Pac. 95.

**Ejectment.—The Legal Title Being Opposed Only by a Mere Naked Possession,** the holder of such title is entitled to the possession.

J. H. McKune for appellant; Long, Lott & Belcher for respondent.

By the COURT.—The defendant Stillinger does not appear to have had any claim to the demanded premises beyond what his naked possession gave him; and at the time of the commencement of this action the plaintiff had the legal title, and was entitled to the possession of said premises. This is sufficiently apparent, although somewhat obscured by the finding of a great number of irrelevant facts.

Judgment affirmed.

## PEOPLE v. JORDAN.*

February 26, 1884.

3 Pac. 101.

**An Appeal will be Dismissed When Previous Appeal** from same judgment has been perfected.

By the COURT.—This is an appeal by the people from a judgment or order in favor of defendant on a demurrer to the indictment: Pen. Code, 1238. The notice of appeal was served and filed on the tenth day of November, 1883. If the judgment or order was appealable the people had perfected an appeal from the same on the twenty-sixth day of October, 1883.

The appeal must therefore be dismissed.

*For subsequent opinion in bank, see 65 Cal. 644, 4 Pac. 683.